**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 0 8 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CASE NO.  3:21-CR-006-4-TCB-RGV

NIKIA WAKEFILED
  Defendant.

## ORDER  APPOINTING  COUNSEL

ALLISON DAWSON — ) A order

The above-named defendant has testified under oath or has filed with the Court

an affidavit of financial status and hereby satisfied this Court that he or she is financially

unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed

to represent this defendant in the above-captioned case unless relieved by an Order of

this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 8th day April, 2021.

_____
**ALAN J. BAVERMAN**
**UNITED STATES MAGISTRATE JUDGE**