IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| | ) | |
| V. | ) | 3:21-CR-006-TCB-RGV |
| | ) | |
| INDIA MIDDLETON | ) | |
| NIKIA WAKEFIELD | ) | |

## UNOPPOSED MOTION TO CONTINUE
## PRETRIAL MOTIONS DEADLINE

COMES NOW India Middleton and Nikia Wakefield, by and through their respective counsel, and files this unopposed motion to extend the pretrial motions deadline by 14 days and to continue the associated pre-trial conference. In support of this motion the Court is shown as follows:

The pre-trial motions are due on August 23, 2021. Counsel need additional time to review the discovery and consult with their clients in light of other obligations and the nature of the discovery. They therefore request a 14-day extension to file pre-trial motions. The government does not oppose the extension.

## CONCLUSION

WHEREFORE, Ms. Middleton and Ms. Wakefield request that this Court grant this motion to continue the deadline for filing the Pretrial Motions in this case for at least 14 days.

Respectfully submitted this 19th day of August, 2021,

                                              /s/ *Leigh Ann Webster*
                                              Leigh Ann Webster
                                              Ga. Bar No. 968087
                                              Attorney for India Middleton

STRICKLAND WEBSTER, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316
(404) 590-7967
law@stricklandwebster.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Motion was filed by uploading it with the Northern District of Georgia's Electronic Filing System which will automatically serve opposing counsel with the Motion.

Dated: This 19th day of August, 2021.

/s/ *Leigh Ann Webster*
Leigh Ann Webster
Ga. Bar No. 968087
Attorney for India Middleton

STRICKLAND WEBSTER, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316
(404) 590-7967
law@stricklandwebster.com